UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:  )  BK No.:  11-81080
Judith A. Sarna,  )
 )
 )  Chapter: 13
 )
 )  Honorable Thomas M. Lynch
 )
 )
Debtor(s)  )

## ORDER

THIS MATTER coming to be heard on Debtor's Motion for Entry of Rule to Show Cause (ECF No. 61), due notice being given and the Court being advised in the premises; for the reasons set forth in the Court's ruling and decision on the motion given this day in open court (the "Decision");

IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART, all without prejudice.

IT IS FURTHER ORDERED that:

1. The Debtor may proceed to hearing on its claim against the City of Chicago for violation of the discharge injunction based on the following events: the City bringing an action in the circuit court seeking monetary damages from the Debtor for the city's "demolition costs" relating to the Morgan Street property, including its subsequent motion for entry of judgment in those proceedings; and the City asserting its lien for demolition costs including its recording said lien against the Morgan St. property in or around May, 2013.

2. For the reasons given in the Court's Decision, said hearing will not encompass claims solely relating to alleged violations of the automatic stay absent further leave of court;

3. Additionally, for the reasons given in the Court's Decision the Debtor, having failed to show cause to do so, may not proceed at this time with her claims asserted against the individual respondents to her motion nor may she proceed on her claim for punitive damages.

4. The parties shall meet and confer in an effort to reach agreement on and enter into stipulations of facts and matters of applicable law in an effort to narrow the issues to be presented for hearing, and regarding the authenticity and admissibility of proposed exhibits to be presented at trial. Said stipulations, including each party's statement as to whether she/ it does or does not acknowledge and consent to this Court's authority to enter final judgment in this matter, shall be filed with the Clerk of the Court on or before Friday, January 20, 2017.

5. The parties will review this Court's form Final Pre-Trial Order (short form) and consult with each other so as to have all relevant pre-trial matters and activities referenced therein addressed prior to the Pre-Trial Conference. The Court anticipates that it will prepare and enter the Final Pre-Trial Order in this cause before the conference.

6. The parties' trial attorneys shall appear in person for Pre-Trial Conference to be held on January 25, 2017, beginning at 11:30 a.m., or as soon thereafter as they may be heard.

7. The evidentiary hearing on this matter will be held in Courtroom 3100 of the Stanley J. Roskowski United States Courthouse at Rockford, Illinois on February 9, 2017, beginning at 9:30 a.m.

Enter:

Dated: DEC 21 2016

United States Bankruptcy Judge

**Prepared by:**

Rev: 20130104_bko